**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | No. 2:20-CV-0055-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CSP – SACRAMENTO, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2020, the Court dismissed plaintiff's complaint and directed plaintiff to file a first amended complaint within 30 days. <u>See</u> ECF No. 8. Plaintiff was warned that failure to comply could result in dismissal of the action. <u>See</u> <u>id.</u>; <u>see also</u> E. Dist. Cal. Local Rule 110. As of March 26, 2020, plaintiff failed to comply and the Court issued findings and recommendations that this action be dismissed for lack of prosecution. <u>See</u> ECF No. 11. On April 10, 2020, plaintiff filed: (1) a motion for an extension of time to file a first amended complaint, <u>see</u> ECF No. 13; and (2) objections to the findings and recommendations, <u>see</u> ECF No. 14.

/ /

/ / /

1

Good cause appearing therefor, the findings and recommendations issued on March 26, 2020, are hereby vacated. Plaintiff's motion for an extension of time is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order. Plaintiff is again cautioned that failure to comply may result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2