# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | No. 2:20-CV-0055-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CSP-SACRAMENTO, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for discovery, ECF No. 18.

In his motion, Plaintiff seeks a Court order that he be provided "the name of who pepper sprayed me from C.D.C.R." Id. at 1.  To the extent Plaintiff seeks discovery, he must serve a formal discovery request on opposing counsel.  Upon the filing of an answer in this action, the Court will issue a preliminary scheduling order setting out proper procedures and deadlines to conduct and complete discovery.  In the meantime, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1