IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DEWAYNE ALLEN,**<br><br>Plaintiff,<br><br>v.<br><br>**CARTER, et al.,**<br><br>Defendants. | Case No. 2:20-cv-0055-TLN-DMC<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

This matter having come before the Court on Defendants' request for an order extending to time to respond to Plaintiff's first amended complaint and good cause appearing, the request is GRANTED.

The time for Defendants to respond to Plaintiff's first amended complaint is extended until February 21, 2022

IT IS SO ORDERED.

Dated: January 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1