IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>V. GEMMET, et al.,<br><br>  Defendants. | No.  2:20-CV-0055-TLN-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' unopposed motion to dismiss, ECF No. 49.

In their motion to dismiss, Defendants contend that this action must be dismissed in its entirety as to all claims and defendants because it was filed beyond the applicable two-year limitations period and is, therefore, untimely.  See ECF No. 49-1.  After the time to oppose the motion had expired and Plaintiff had not filed any opposition to Defendants' motion, on June 7, 2022, the Court issued a minute order advising that, pursuant to Eastern District of California Local Rule 230(c), (l), the Court could construe Plaintiff's failure to file an opposition as consent to the relief requested in Defendant's motion.  See ECF No. 52.  Plaintiff was also granted additional 30 days within which to file an opposition.  See id.  To date, Plaintiff has not filed any opposition to Defendants' motion, which the Court recommends be granted.

1

1        Based on the foregoing, the undersigned recommends that Defendants' unopposed motion to dismiss, ECF No. 49, be granted and that this action be dismissed in its entirety with prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE