1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

MICHAEL DEWAYNE ALLEN,                  No.  2:20-cv-00055-TLN-DMC

12

        Plaintiff,

13

     v.                                      **ORDER**

14

V. GEMMET, et al.,

15

        Defendants.

16

17

      Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C.

18

§ 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District

19

of California local rules.

20

      On July 22, 2022, the magistrate judge filed findings and recommendations herein which

21

were served on the parties and which contained notice to the parties that any objections to the

22

findings and recommendations were to be filed within fourteen days.  (ECF No. 54.)  No

23

objections to the findings and recommendations have been filed.

24

      The Court has reviewed the file and finds the findings and recommendations to be

25

supported by the record and the magistrate judge's analysis.

26

///

27

///

28

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Findings and Recommendations filed July 22, 2022 (ECF No. 54), are

3    ADOPTED in full;

4        2.    Defendants' unopposed Motion to Dismiss (ECF No. 49) is GRANTED;

5        3.    This action is DISMISSED in its entirety with prejudice; and

6        4.    The Clerk of the Court is directed to enter judgment and close this file.

7    **DATED:  September 21, 2022**

8

9

10                              Troy L. Nunley
                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2